No. 360. BEHN, MEYER & CO. *v.* SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL.; and
No. 371. SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL, *v.* BEHN, MEYER & CO. October 21, 1929. Petitions

590

for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Frederic R. Coudert, J. Harry Covington, Mahlon B. Doing,* and *Spencer Gordon,* for Behn, Meyer & Company. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. Claude R. Branch* for Sutherland et al.